UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY J JACKSON,

        Plaintiff,

   v.

RYAN LARSON, LAKEWOOD POLICE DEPT, CITY OF LAKEWOOD, LAKEWOOD TOWING, HOMELAND SECURITY INVESTIGATIONS,

        Defendants.

CASE NO. 3:15-CV-05258-RJB-JRC

ORDER

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

      Plaintiff was granted leave to proceed *in forma pauperis* (Dkt. 3) and filed a complaint (Dkt. 4).[1]  The Clerk's Office attempted to serve defendants with plaintiff's complaint by mail,

---

[1] Plaintiff has also filed three motions for default judgment based on defendants' failure to file a timely answer (Dkts. 9, 10 and 11). These are dispositive motions and the Court will address them separately.

ORDER - 1

however, plaintiff did not supply service addresses for the five named defendants: Lakewood Police Department, Ryan Larson, City of Lakewood, Lakewood Towing, and Homeland Security Investigations. The Clerk's Office attempted to locate the proper service addresses for each defendant and mailed them the complaint and waivers of service forms.

Defendants Ryan Larson and the City of Lakewood returned waivers of service (Dkt. 8) and filed an answer (Dkt. 12). Defendant Lakewood Towing filed an answer (Dkt. 16). Defendants Lakewood Police Department and Homeland Security Investigations failed to timely return the signed waiver of service and have not filed an answer. However, the Clerk's Office is not responsible for verifying an appropriate address for any of the defendants.

Plaintiff is directed to provide the complete addresses for defendants Lakewood Police Department and Homeland Security Investigations so the Court can again attempt service by mail. These addresses must be provided to the Court on or before July 24, 2015 or the Court will recommend dismissal of this action for failure to prosecute as to the unserved defendants.

Dated this 24th day of June, 2015.

J. Richard Creatura
United States Magistrate Judge