UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY J. JACKSON,<br><br>                    Petitioner,<br><br>          v.<br><br>RYAN LARSON, et al.,<br><br>                    Respondent. | CASE NO. 15-cv-05258 RJB<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation on plaintiff's Motion for Default Judgment (Dkt. 10). The motion is DENIED for the reasons set for in the Report and Recommendation.

2. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 17th day of August, 2015.

                                                  _/s/ Robert J. Bryan_
                                                  ROBERT J. BRYAN
                                                  United States District Judge

ORDER - 1