1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
      AT TACOMA
9
10    TONY J. JACKSON,

                    Plaintiff,                    CASE NO. 15-cv-05258 RJB
11
          v.                                      **ORDER ADOPTING REPORT
12                                                AND RECOMMENDATION TO
      RYAN LARSON, et al.,                        GRANT PLAINTIFF'S MOTION
13                                                TO VOLUNTARILY DISMISS
                    Defendants.                   DEFENDANT REESBURG**
14
15
16
17    This matter comes before the Court on the Report and Recommendation of Magistrate

18    Judge J. Richard Creatura. Dkt. 43. Neither party filed objections to the Report and

19    Recommendation. The Court has considered the Report and Recommendation and the remainder

20    of the file herein.

21    The Court does hereby find and **ORDER:**

22    (1)   The Court adopts the Report and Recommendation. Dkt. 43.
23
24

1      (2)    Plaintiff's motion to voluntarily dismiss defendant Homeland Security

2 Investigator Reesburg (Dkt. 35) is GRANTED. Fed.R.Civ.P. 41(a)(2). *See* Dkt. 29. The action

3 against defendant Reeseburg is dismissed without prejudice.

4      **DATED** this 19th day of November, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2