1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10 | TONY J JACKSON,

11 |                        Plaintiff,

12 |        v.

13 | RYAN LARSON et al.,

14 |                    Defendants.

CASE NO. 3:15-CV-05258-RJB-JRC

REPORT AND RECOMMENDATION
ON STIPULATED MOTION TO DISMISS

15

16

17

      The District Court has referred this 42 U.S.C. §1983 civil rights action to the undersigned Magistrate Judge. The authority for the referral is found in 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

18

19

20

21

22

      Plaintiff and defendants City of Lakewood and Ryan Larson have reached an agreed settlement in this case. Plaintiff and defendants City of Lakewood and Ryan Larson have filed a stipulation to dismiss the action with prejudice against defendants City of Lakewood and Ryan Larson and without costs to either party. Dkt. 48. The stipulation does not impact defendant Lakewood Towing. *See id.*

23

24

1    The Court recommends entry of the proposed order dismissing the action. The Court has

2    not set a noting date 21 days from now because the parties have stipulated to dismissal. The

3    Court recommends entry of the order dismissing the action when the District Court receives this

4    Report and Recommendation.

5        Dated this 25th day of November, 2015.

6

7                                                    J. Richard Creatura
                                                     United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24