UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY J JACKSON,

        Plaintiff,

v.

RYAN LARSON et al.,

        Defendants.

CASE NO. 3:15-CV-05258-RJB-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt 50).

(2) This case against defendants City of Lakewood and Ryan Larson is **Dismissed With Prejudice**. Plaintiff and defendants City of Lakewood and Ryan Larson shall bear their own costs and attorney's fees.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. J. Richard Creatura.

Dated this 30th day of November, 2015.

ROBERT J. BRYAN
United States District Judge

ORDER - 1