UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY J. JACKSON,

           Plaintiff,

    v.

RYAN LARSON, et al.,

           Defendant.

CASE NO. 15-cv-05258 RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 45).

(2) For the reasons stated in the Report and Recommndation, defendant Lakewood Towing's motion for summary judgment (Dkt. 30) is GRANTED. Defendant Lakewood Towing is dismissed from the case.

(3) Plaintiff's cross-motion for summary judgment (Dkt. 40) is DENIED.

**DATED** this 8th day of December, 2015.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1