UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY J. JACKSON,

          Plaintiff,

    v.

RYAN LARSON, et al.,

          Defendant.

CASE NO. 15-cv-05258 RJB

ORDER DENYING MOTION FOR THE CLERK TO SERVE SUBPOENA

This matter comes before the Court on Plaintiff's Motion for the Clerk to Serve Subpoena. Dkt. 46. The Court has reviewed the motion and the remainder of the file herein.

Following the Court's adoption of the Report and Recommendation (Dkt. 45), there are no defendants remaining in the case. *See* Dkt. 47, 51, 52. Therefore, Plaintiff's motion is moot and should be denied, and the case should be closed.

Plaintiff's Motion for the Clerk to Serve Subpoena (Dkt. 46) is DENIED. The case is closed.

Dated this 8th day of December, 2015.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1